JOSEPH S. STERLING et al., Respondents, *v.* NEW YORK STATE ELECTRIC AND GAS CORPORATION et al., Appellants.

Submitted October 6, 1941; decided October 16, 1941.

704

*Patrick J. Tierney* for motion.
*Wallace E. Pierce* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the judgment is not a final determination of the action within the meaning of the Constitution.